

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 19 2015

TYLER, TEXAS
PAM ESTES, CLERK

FILE COPY

RE: Case No. 15-0675          DATE: 10/16/2015
COA #: 12-15-00004-CV     TC#: CV04637
STYLE: RON SEALE, INDIVIDUALLY AND AS THE REPRESENTATIVE
OF THE ESTATE OF CLARA LAVINIA SEALE
    v. HORACE TRUETT SEALE AND WIFE, NAN SEALE

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.


MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702